Submitted on appellant's brief March 10, affirmed March 28, 1978

# COLUMBIA TRUCK SALES, INC., *Appellant,*

*v.*

# HUMPHREY, *Respondent.*

## (TC 98632, SC 25477)

576 P2d 373

Keith D. Evans, Salem, on the brief for appellant.

No appearance for respondent.

PER CURIAM.

## PER CURIAM.

Plaintiff brought an action to recover money due on a promissory note. Defendant had executed the note in connection with the purchase of a truck-trailer unit from plaintiff. Defendant counterclaimed for damages resulting from an accident involving the truck-trailer. See ORS 16.305. The case was tried to a jury. The court directed a verdict for plaintiff on the note; the jury returned a verdict for defendant on his counterclaim. Plaintiff appeals from the judgment entered on the verdict, asserting the absence of evidence to support the jury's verdict on the counterclaim.

Plaintiff did not move for a nonsuit or for a directed verdict on defendant's counterclaim. Because plaintiff failed to test the sufficiency of the evidence in the trial court, it cannot raise the issue on appeal. *Verret Construction Co. v. Jelco Inc.,* 280 Or 793, 572 P2d 1029 (1977); *Wood Ind'l Corp. v. Rose,* 271 Or 103, 530 P2d 1245 (1975); *Shmit v. Day,* 27 Or 110, 39 P 870 (1895); *see Hendrix v. McKee,* 281 Or 123, 125 note 2, 575 P2d 134 (1978).

Affirmed.